**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| MICHAEL KOZIARA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BNSF RAILWAY COMPANY, ) <br> ) <br> Defendant. ) | Case No. 3:13-cv-00834 <br> Judge James D. Peterson <br> Mag. Judge Stephen L. Crocker |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that BNSF Railway Company, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered in this action on the 11th day of March, 2015 and from the district court's action of February 16, 2016 denying a Renewed Motion For Judgment as a Matter of Law Pursuant to Rule 50(b) and, in the Alternative, for a New Trial or to Amend the Judgment Pursuant to Rule 59, as well as from the district court's action of January 9, 2015 granting in part Plaintiff's Motion for Summary Judgment and denying the Defendant's Motion for Summary Judgment.

Dated: <u>March 15, 2016</u>               Respectfully submitted,


                                          *s/Bruce J. Douglas*
                                          Bruce J. Douglas, MN #23966
                                          Colton D. Long, MN #0393240
                                          Ogletree, Deakins, Nash, Smoak & Stewart, P. C.
                                          Wells Fargo Center
                                          90 South Seventh Street, Suite 3800
                                          Minneapolis, MN  55402
                                          Telephone: 612.339.1818
                                          Email: bruce.douglas@ogletreedeakins.com
                                                 colton.long@ogletreedeakins.com

                                          Attorneys for Defendant
                                          BNSF Railway Company


                                                                          20632876.3