# EXHIBIT A


# MARSH

Marsh USA Inc.
Dallas TX
(214) 303-8000

# INVOICE

| | Page | |
|---|---|---|
| | **Invoice Total** | |
| | Invoice No. | 170805611062 |
| | Invoice Date | 06/30/2016 |
| | Client No. | 1708000000 |

Billed To:
BNSF Railway Company
Attn: Mr. Kevin Burrin
P.O.Box 961073
Ft. Worth, TX 76161

| Surety Name | Bond No. | Effective Date | Expiration Date | Description/ Type of Coverage | Item | Amount |
|---|---|---|---|---|---|---|
| Argonaut Insurance Co | SUR0028010 | 04/25/2016 | 04/25/2016 | Commercial Bond | PREMIUM | 3,750.00 |

Invoice Comments:
See attached Batch Billing report for details on bond placement.

Company earns and retains interest income on premium payments held by Marsh on behalf of insurers during the period between receipt of such payments from clients and the time such payments are remitted to the applicable insurer, where permitted by law.