IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL KOZIARA,

              Plaintiff,

v.

BNSF RAILWAY COMPANY,

              Defendant.

ORDER

13-cv-834-jdp

---

A jury found in favor of plaintiff Michael Koziara on his claim that defendant BNSF Railway Company retaliated against him for reporting a workplace injury, in violation of the Federal Rail Safety Act (FRSA). BNSF appealed, and the Court of Appeals for the Seventh Circuit reversed. Dkt. 258. Koziara filed a petition for certiorari, but the Supreme Court denied the petition, Dkt. 270, so appeals by Koziara have been exhausted. BNSF now moves for the release of the supersedeas bond. *Id*. The court will grant the motion.

ORDER

IT IS ORDERED that:

1. Defendant BNSF Railway Company's unopposed motion for release of supersedeas bond, Dkt. 270, is GRANTED.

2. The clerk of court is directed to return the original bond to counsel for defendant.

Entered April 19, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge